UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY LERNER, | ) |
| Plaintiff, | ) Case No.  2:12-cv-01300-MMD-CWH |
| vs. | ) **ORDER** |
| JOHN D. GREER, *et al*., | ) |
| Defendants. | ) |

This matter is before the Court on Defendants' Motion for Extension of Time to Disclose Rebuttal Expert Witnesses (#34), filed April 5, 2013.

The undersigned has reviewed the motion and finds there is good cause for Defendants' request for a short, targeted extension of the rebuttal expert disclosure deadline.  Defendants also reference what appear to be disputes regarding the timing of Plaintiff's Rule 26(a) initial disclosures and expert disclosure under Rule 26(a)(2) .  The Court will not address the disputes as outlined in the motion.  Defendants are invited to file a motion for sanctions under Rule 37(c) if they so desire.  Accordingly,

**IT IS HEREBY ORDERED** that  Defendants' Motion for Extension of Time to Disclose Rebuttal Expert Witnesses (#34) is **granted**.

**IT IS FURTHER ORDERED** that Defendants' Ex Parte Motion for Order Shortening Time (#35) is **denied as moot**.

DATED: April 5, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**