1  Brad R. Kohler, II., Esq.
   Nevada Bar No.: 7408
2  Zachariah B. Parry, Esq.
   Nevada Bar No.: 11677
3  THARPE & HOWELL, LLP
   6897 W. Charleston Blvd.
4  Las Vegas NV 89117
   (702) 562-3301
5  Fax: (702) 562-3305
   bkohler@tharpe-howell.com
6  zparry@tharpe-howell.com

7  Attorneys for Defendants/Cross-Claimants,
   *John D. Greer and The Daniel Company of Springfield*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY LERNER, | **Case No.** 2:12-cv-01300-APG-CWH |
| Plaintiff, | |
| vs. | |
| John D. Greer; THE DANIEL COMPANY OF SPRINGFIELD, a domestic corporation; KAROLINA ZUCZKOWSKA; DOES 1 through 5, and ROE BUSINESS ENTITIES 1 through 5, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| John D. Greer; THE DANIEL COMPANY OF SPRINGFIELD, a domestic corporation | |
| Cross-Claimants, | |
| vs. | |
| KAROLINA ZUCZKOWSKA; DOES 1 through 5, and ROE BUSINESS ENTITIES 1 through 5, inclusive, | |
| Cross-Defendant. | |

25033

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-captioned matter be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs incurred herein.

IT IS FURTHER STIPULATED by and between the parties that the Calendar Call scheduled for February 5, 2014 at 8:45 a.m., and the Jury Trial scheduled for February 10, 2014 at 8:45 a.m., be vacated.

DATED this 23rd day of January, 2014.

| THARPE & HOWELL, LLP | BENSON & BINGHAM |
|---|---|
| /s/ Brad R. Kohler II | /s/ Ben J. Bingham |
| Brad R. Kohler, II., Esq.<br>Nevada Bar No.: 7408<br>Zachariah B. Parry, Esq.<br>Nevada Bar No.: 11677<br>6897 West Charleston Boulevard<br>Las Vegas Nevada 89117<br>(702) 562–3301<br>Fax: (702) 562–3305<br>Attorneys for Defendants,<br>*John D. Greer and The Daniel Company of Springfield* | Ben J. Bingham, Esq.<br>Nevada Bar No.: 7280<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135<br>(702) 382–9797<br>Fax: (702) 382–9798<br>Attorneys for Plaintiff,<br>*Kimberly Lerner* |

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**

/s/ Imran Anwar
Imran Anwar, Esq.
Nevada Bar No.: 7979
300 South 4th Street, Suite 710
Las Vegas, Nevada 89101
(702) 383–3400
Fax: (702) 384–1460
Attorneys for Cross-Defendant,
*Karolina Zuczkowska*

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

- 2 -