

1  Brad R. Kohler, II., Esq.
   Nevada Bar No.: 7408
2  Zachariah B. Parry, Esq.
   Nevada Bar No.: 11677
3  THARPE & HOWELL, LLP
   6897 W. Charleston Blvd.
4  Las Vegas NV 89117
   (702) 562-3301
5  Fax: (702) 562-3305
   bkohler@tharpe-howell.com
6  zparry@tharpe-howell.com

7  Attorneys for Defendants/Cross-Claimants,
   *John D. Greer and The Daniel Company of Springfield*

8

9                **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11                          * * *

12  KIMBERLY LERNER,

13              Plaintiff,                    **Case No.** 2:12-cv-01300-APG-CWH

14  vs.

15  John D. Greer; THE DANIEL COMPANY OF      **STIPULATION AND ORDER FOR**
    SPRINGFIELD, a domestic corporation;      **DISMISSAL WITH PREJUDICE**
16  KAROLINA ZUCZKOWSKA; DOES 1
    through 5, and ROE BUSINESS
17  ENTITIES 1 through 5, inclusive,

18              Defendants.

19  John D. Greer; THE DANIEL COMPANY OF
    SPRINGFIELD, a domestic corporation
20
                Cross-Claimants,
21
    vs.
22
    KAROLINA ZUCZKOWSKA; DOES 1
23  through 5, and ROE BUSINESS
    ENTITIES 1 through 5, inclusive,
24
                Cross-Defendant.
25
                            25033

26      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the

27  above-captioned matter be dismissed with prejudice in its entirety, each party to bear their own

28  attorney's fees and costs incurred herein.

**T H A R P E  &  H O W E L L, LLP**
ATTORNEYS AT LAW
6897 WEST CHARLESTON BOULEVARD, LAS VEGAS, NV 89117
PHONE: (702) 562-3301 | FAX: (702) 562-3305
WWW.THARPE-HOWELL.COM

1    IT IS FURTHER STIPULATED by and between the parties that the Calendar Call

2   scheduled for February 5, 2014 at 8:45 a.m., and the Jury Trial scheduled for February 10, 2014 at

3   8:45 a.m., be vacated.

4    DATED this 23rd day of January, 2014.

5   **THARPE & HOWELL, LLP**                    **BENSON & BINGHAM**

6

7    _/s/ Brad R. Kohler II_                       _/s/ Ben J. Bingham_
    Brad R. Kohler, II., Esq.                    Ben J. Bingham, Esq.
8   Nevada Bar No.: 7408                         Nevada Bar No.: 7280
    Zachariah B. Parry, Esq.                     11441 Allerton Park Drive, Suite 100
9   Nevada Bar No.: 11677                        Las Vegas, Nevada 89135
    6897 West Charleston Boulevard               (702) 382–9797
10  Las Vegas Nevada 89117                       Fax: (702) 382–9798
    (702) 562–3301                               Attorneys for Plaintiff,
11  Fax: (702) 562–3305                          _Kimberly Lerner_
    Attorneys for Defendants,
12  _John D. Greer and The Daniel Company of_
    _Springfield_
13
    **ROGERS, MASTRANGELO,**
14  **CARVALHO & MITCHELL**

15

16   _/s/ Imran Anwar_
    Imran Anwar, Esq.
17  Nevada Bar No.: 7979
    300 South 4th Street, Suite 710
18  Las Vegas, Nevada 89101
    (702) 383–3400
19  Fax: (702) 384–1460
    Attorneys for Cross-Defendant,
20  _Karolina Zuczkowska_

21                          <u>**ORDER**</u>

22   IT IS SO ORDERED.

23   DATED this 24th day of January, 2014.

24

25   _____
    UNITED STATES DISTRICT JUDGE
26

27

28

T H A R P E  &  H O W E L L, LLP
ATTORNEYS AT LAW
6897 WEST CHARLESTON BOULEVARD, LAS VEGAS, NV 89117
PHONE: (702) 562-3301 | FAX: (702) 562-3305
WWW.THARPE-HOWELL.COM